# Court of Appeals
# of the State of Georgia

ATLANTA,__January 22, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0807. BOOKER v. BROWN.**

The above-referenced appeal was docketed with this Court on December 22, 2014, and the Appellant's brief was due to be filed on January 12, 2015. *See* Court of Appeals Rule 22 (a). Not having received the Appellant's brief or a request for an extension to file same, pursuant to Court of Appeals Rules 13 and 23, this appeal is ***DISMISSED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____01/22/2015_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*